| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Patsy Pate, §
§
    Plaintiff, §
§
versus § Civil Action H-13-326
§
Curtis W. Hampton, et al., §
§
    Defendants. §

## Final Judgment

Patsy Pate takes nothing from Curtis W. Hampton or the City of Houston, Texas.

Signed on January 13, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge